```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TERRENCE BODDIE,                        :
                      Plaintiff,        :
                                        :        09 Civ. 954 (DLC)
             -v-                        :
                                        :              ORDER
DEPARTMENT OF HOUSING AND URBAN         :
DEVELOPMENT,                            :
                      Defendant.        :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09

DENISE COTE, District Judge:

Defendants having reported by letter dated June 26, 2009 that plaintiff has agreed to voluntarily dismiss his claims against defendant U.S. Department of Veteran Affairs, and that defendant U.S. Department of Housing and Urban Development has fully complied with all of plaintiff's requests for information pursuant to the Freedom of Information Act, it is hereby

ORDERED that this case is dismissed as moot.  The Clerk of Court shall close the case.

SO ORDERED:

Dated:   New York, New York
         July 2, 2009

                          _____
                                   DENISE COTE
                          United States District Judge

COPIES SENT TO:

Terrence Boddie
93-A-2001
Mohawk Correctional Facility
6100 School Road
P.O. Box 8451
Rome, NY 13442

Brian K. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office - Civil Div.
86 Church Street
New York, NY 10007